UNDISTRIBUTED BALANCE    300 852

FILED
2023 JAN 30 AM 11: 14
CLERK
U.S. BANKRUPTCY CT
SO. DIST. OF CALIF

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO:             CLERK, BANKRUPTCY COURT

DATE:           1/26/2023

DEBTOR:         HOLANDA MARTINEZ

CH13 CASE NO:   17-04837

ASSIGNED JUDGE: Honorable Margaret Mann

AMOUNT:         $2485.67

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE DESCRIBED CHAPTER 13 CASE.

EXPLANATION OF SOURCES:

| NAME OF PAYEE ON UNCLAIMED DIVIDEND CHECK: | AMOUNT |
|---|---|
| HOLANDA MARTINEZ<br>4584 IMPERIAL AVENUE<br>SAN DIEGO CA 92113 | $2485.67 |

THOMAS H. BILLINGSLEA, JR. TRUSTEE
CHAPTER 13 CASES, BY

_____, CLERK
Sunao Tashima

SEND THE ORIGINAL AND CHECK DIRECTLY TO CLERK, BANKRUPTCY COURT

cc: Alberto Carranza, Esq. 237749
    333 H Street, #5000
    Chula Vista CA 91910

483tw  1P