CSD 1341 [11/04/20]
Name, Address, Telephone No. & I.D. No.

Order Entered on
April 26, 2023
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Holanda Martinez

Debtor.

BANKRUPTCY NO. 17-04837-MM13

## ORDER APPROVING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Upon consideration of the Application for Payment of Unclaimed Funds on the above referenced case, Docket Entry No. 90, it is ordered that

On 04/25/2023, an application was filed for the Claimant(s): Dilks & Knopik, LLC as Assignee of Holanda Martinez, for payment of unclaimed funds deposited with the Court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $2,485.67 held in unclaimed funds be made payable to Dilks & Knopik, LLC as Assignee of Holanda Martinez and be disbursed to the payee at the following address: 35308 SE Center St; Snoqualmie, WA 98065.

DATED: April 26, 2023

_____
Judge, United States Bankruptcy Court